UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:  ) **Judge Russ Kendig**
Gary Michael Blackburn  ) Case No. 17-61590
Candy Sue Blackburn  )
 )  ☐ Chapter 13 Form Plan Summary
**Debtor(s).**  ) ☑ __1st__ Amended Chapter 13 Plan

**Read this carefully.** You are a party in interest in this bankruptcy case. This is a summary based upon a form plan adopted in this court. The full length form controls over the terms of this summary. Special Provisions (paragraph 1) are deviations from the form and should be read with special care. You may review the form plan at www.ohnb.uscourts.gov. The letters and numbers in parentheses in this plan summary are the paragraphs of the Form Plan into which the data would be inserted.

1. **SPECIAL PROVISIONS:**

   A. Regional Acceptance shall be paid direct (see provision 6).
   B. United Consumer Financial Services shall repossess its collateral (Kirby Cleaning System) and enter an unsecured claim for the deficiency balance.

   ☐ Continued on attached separate page(s).

2. __POT__ % or a pot of $ __N/A__ to general unsecured creditors (E9)

3. Assumed unexpired leases and executory contracts (B2)

| Creditor | Description of asset or contract |
|---|---|
| Rent A Center | Refrigerator $104 per month x 33 months |
|  |  |

   ☐ Continued on attached separate page(s).

   All other leases and executory contracts deemed rejected.

4. Mortgages or Judgment Liens - Ongoing Monthly Payment (C, E3, E6)

| Creditor | Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, trustee, or stripped & not secured |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

   ☐ Continued on attached separate page(s).

1

5. Mortgage Arrears (E4)

| Creditor | Estimated Amount | Rate (%) |
|---|---|---|
| _____ | _____ | ____% |
| _____ | _____ | ____% |
| _____ | _____ | ____% |

☐ Continued on attached separate page(s).

**Creditors who do not agree to rate of interest must object to confirmation or the rate in this paragraph is deemed to be absolute on confirmation. The amount of arrearage is subject to contrary proof of claim.**

6. Secured Non-mortgage claims to be paid full current balance (E5)

Creditor: Regional Acceptance
Collateral: 2016 Ford Fiesta
Date Incurred: 2/2017
Monthly Payment: $ 395.00
Interest Rate: 13.45 %           %           %
Estimated Balance: $ 19,147.00
Paid By: Debtor

☐ Continued on attached separate page(s).

7. Liens to be crammed down but not stripped (E7)

Creditor: _____
Date Incurred: _____
Collateral: _____
Monthly Payment: _____
Interest Rate: ____%           ____%           ____%
Secured Value: _____

☐ Continued on attached separate page(s).

**Creditors who do not agree to date incurred, collateral description, monthly payment, interest rate or secured value must object to confirmation or the treatment in this paragraph is deemed to be absolute upon confirmation, except statutory tax liens, which will be paid as allowed.**

2

8. Priority Claims to be paid in full and estimated as follows (E8)

| Creditor | Source & Year | Amount |
|---|---|---|
| IRS | 2016 Taxes | $ 395.00 |
| City of Canton | Taxes | $ 227.00 |

☐ Continued on attached separate page(s).

9. The holder(s) of any claim for Domestic Support Obligations pursuant to 11 U.S.C. § 1302(d) shall be paid by the debtor unless specified in Special Provisions. The holder of the Domestic Support Obligation is specified below. If the holder of a claim is a minor, the name and address of such minor has been disclosed to the Trustee contemporaneously with the filing of this plan in compliance with 11 U.S.C. § 112. (B6)

Holder Name: _____

Holder's Address (if known): _____

Address of Child Support
Enforcement Agency (mandatory): _____

☐ Continued on attached separate page(s).

10. Payments to Trustee (D)

The debtor will pay to the trustee $ 100.00 monthly for a minimum of 36 months, or all future disposable income, whichever is greater. Payments shall be by ☒ Wage Order on employer ☐ by Debtor ("Private Pay") in the form of money order or certified check.

11. Attorneys Fees are pursuant to the current Administrative Order. Any deviation is in Special Provisions. (E2)

/s/ Gary Michael Blackburn           /s/ Candy Sue Blackburn
Debtor's signature - name typed below   Debtor's signature - name typed below

/s/ Gary Michael Blackburn           /s/ Candy Sue Blackburn

/s/ Donald M. Miller
Attorney's signature - Name (state bar #), address and phone typed below

/s/ Donald M. Miller #0003544
1400 N Market Ave, Canton, OH 44714
(330)456-0091  f: (330)456-3092
email: bankruptcy_attys@yahoo.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN RE: : CASE NO: 17-61590

GARY MICHAEL BLACKBURN : CHAPTER 13
CANDY SUE BLACKBURN

: JUDGE RUSS KENDIG

:

DEBTOR(s). :

## NOTICE OF HEARING ON CONFIRMATION

## OF AMENDED PLAN AND FIXING LAST DATE TO FILE OBJECTIONS

The Debtor(s) herein filed an Amended Plan with the Court and hereby give notice that:

A hearing on the Confirmation of said Amended Plan will be held on the 25th day of __September__, 2017 at 2:00 p.m. in the United States Bankruptcy Court, Ralph Regula US Courthouse, 401 McKinley Ave SW, Canton, Ohio 44702. A copy of the Amended Plan is attached hereto.

Any objections to said Amended Plan shall be in writing and must be filed with the Court, Counsel for the Debtor(s), and the Chapter 13 Trustee no later than five (5) working days prior to said hearing, being __October 18__, 2017.

/s/ DONALD M. MILLER
Donald M. Miller #0003544
Attorney for Debtors,
Gary and Candy Blackburn
1400 North Market Avenue
Canton, Ohio 44714
Phone: (330) 456-0091
Fax: (330)456-3092
Email: bankruptcy_attys@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on _September 25, 2017_, a true and correct copy of the Amended Chapter 13 and Notice of Hearing on Amended Plan was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice list:

Patti H. Bass   ecf@bass-associates.com
Donald M. Miller   bankruptcy_attys@yahoo.com
Toby L. Rosen   trosen@chapter13canton.com, trosen@ecf.epiqsystems.com
United States Trustee   (Registered address)@usdoj.gov

And by regular U.S. Mail, postage pre-paid _September 25, 2017_ on:

All creditors and their agents as shown on the attached court's creditor mailing matrix at the addresses contained thereon;

Gary Michael Blackburn
226 W. Shafer Ave.
Dover, OH 44622

Candy Sue Blackburn
719 Raynolds Pl. S.W.
Canton, OH 44707

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

/s/ DONALD M. MILLER
Donald M. Miller #0003544
Attorney for Debtors,
Gary & Candy Blackburn
1400 North Market Avenue
Canton, Ohio 44714
Phone: (330) 456-0091
Fax: (330)456-3092
Email: bankruptcy_attys@yahoo.com

```
Label Matrix for local noticing          PRA Receivables Management, LLC        United Consumer Financial Serv
0647-6                                   PO Box 41021                           Bass & Associates, P.C.
Case 17-61590-rk                         Norfolk, VA 23541-1021                 3936 E. Ft. Lowell Rd., Suite 200
Northern District of Ohio                                                       Tucson, AZ 85712-1083
Canton
Mon Sep 18 13:28:12 EDT 2017

United States Bankruptcy Court           AD ASTRA                               ADVANCE AMERICA
Ralph Regula U.S. Courthouse             8918 W 21ST N                          CASH ADVANCE
401 McKinley Avenue SW                   Wichita, KS 67205-1885                 1258 LINCOLN WAY E
Canton, OH 44702-1745                                                           Massillon, OH 44646-6953


AES                                      AMAZON/GECRB                           ASSET RECOVERY
PO BOX 2461                              PO BOX 960013                          2200 E DEVON AVE #200
Harrisburg, PA 17105-2461                Orlando, FL 32896-0013                 Des Plaines, IL 60018-4501


ATTORNEY GENERAL OF US                   ATTY GENERAL OF US                     AULTMAN HOSPITAL
MAIN JUSTICE BUILDING                    CIVIL TRIAL SECTION, NORTHERN REG      PO BOX 80868
10TH & CONSTITUTION AVE NW               PO BOX 55 BEN FRANKLIN STATION         Canton, OH 44708-0868
Washington, DC 20530-0001                Washington, DC 20044-0055


AVANT                                    Advance America Small Loans of Ohio, Inc.   BARCLAY
640 N LASALLE DR #535                    135 North Church Street                GENERAL CORRESPONDENCE
Chicago, IL 60654-3731                   Spartanburg, SC 29306-5138             PO BOX 8801
                                                                                Wilmington, DE 19899-8801


BARCLAY CARD                             BUCKEYE CREDIT SOLUTIONS               CACH LLC
PO BOX 13337                             6785 BOBCAT WAY #200                   PO BOX 5980
Philadelphia, PA 19101-3337              Dublin, OH 43016-1443                  Littleton, CO 80127


CANTON AULTMAN EMERGENCY PHYS            CARSON SMITHFIELD                      CASHLAND
PO BOX 76659                             225 W STATION SQ DR                    17 TRIANGLE PARK DR
Cleveland, OH 44101-6500                 Pittsburgh, PA 15219-1174              Cincinnati, OH 45246-3411


CASHNET USA                              CATHERINES                             CHECK N GO
PO BOX 643990                            PO BOX 659728                          2802 WHIPPLE RD
Cincinnati, OH 45264-0309                San Antonio, TX 78265-9728             Canton, OH 44708-1532


CHECK N GO                               CHECKSMART                             CITY OF CANTON
COLLECTIONS DEPT                         4408 W TUSCARAWAS AVE                  INCOME TAX DEPT
100 COMMERCIAL DR                        Canton, OH 44708-5361                  424 MARKET AVE
Fairfield, OH 45014-5556                                                        Canton, OH 44702


CMRE FINANCIAL SERVICES                  COMENITY                               COMMUNITY HEALTH CARE
3075 E IMPERIAL HWY 3200                 PO BOX 182273                          944 E CHERRY ST
Brea, CA 92821-6753                      Columbus, OH 43218-2273                Canal Fulton, OH 44614-1292
```

| | | |
|---|---|---|
| COMPLETE PAYMENT RECOVERY SVCS<br>3500 5TH ST<br>Northport, AL 35476-4723 | CREDIT ONE<br>PO BOX 60500<br>City of Industry, CA 91716-0500 | CSE<br>1380 MARKET AVE N<br>Canton, OH 44714-2606 |
| City of Canton Income Tax<br>PO Box 9940<br>Canton, OH 44711-0940 | ECMC<br>PO BOX 16408<br>St Paul, MN 55116-0408 | EDUCATION DEPARTMENT<br>OFFICE OF GENERAL COUNSEL<br>400 MARYLAND AVE SW RM 6E353<br>Washington, DC 20202-0001 |
| EDUCATION DEPT<br>PO BOX 1920<br>Saint Paul, MN 55101-0920 | ELASTIC/REPUBLIC BANK<br>PO BOX 950276<br>Louisville, KY 40295-0276 | FIRST AMERICAN<br>4313 TUSCARAWAS ST W<br>Canton, OH 44708-5461 |
| FIRST AMERICAN LOANS<br>2238 W TUSCARAWAS ST<br>Canton, OH 44708-4748 | FIRST INVESTORS<br>380 INTERSTATE N PARKWAY #300<br>Atlanta, GA 30339-2222 | FIRST PREMIER<br>PO BOX 5529<br>Sioux Falls, SD 57117-5529 |
| FRESH VIEW SOLUTIONS<br>PO BOX 172285<br>Denver, CO 80217-2285 | HOT TOPIC<br>PO BOX 659584<br>San Antonio, TX 78265-9584 | INTRANERVE<br>C/O CSC<br>PO BOX 1120<br>Colorado Springs, CO 80901-1120 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | LOAN MAX / DRUMMOND FINANCIAL<br>1701 TUSCARAWAS ST W<br>Canton, OH 44708-4848 | MAXLEND<br>PO BOX 639<br>Parshall, ND 58770-0639 |
| MCKESSON PATIENT CARE<br>PO BOX 645034<br>Pittsburgh, PA 15264-5034 | MENARDS<br>HSBC RETAIL SERVVICES<br>DEPT 7680<br>Carol Stream, IL 60116-7680 | MERCY MEDICAL<br>ATTN PATIENT ACCOUNTS<br>1320 MERCY DR NW<br>Canton, OH 44708-2641 |
| MERCY MEDICAL<br>PO BOX 951082<br>Cleveland, OH 44193-0005 | MERRICK BANK<br>PO BOX 660702<br>Dallas, TX 75266-0702 | MIDLAND FUNDING LLC<br>2365 NORTHSIDE DR #300<br>San Diego, CA 92108-2709 |
| NCB MANAGEMENT CORRESPONDENCE<br>PO BOX 1099<br>Langhorne, PA 19047-6099 | NEUROCARE CENTER<br>PO BOX 35006<br>Canton, OH 44735-5006 | NEUROMONITORING SERVICE<br>PO BOX 416<br>Gretna, NE 68028-0416 |
| OHIO ANESTHESIA GROUP<br>DEPT 781589 PO BOX 78000<br>Detroit, MI 48278-0001 | OHIO HOSPITAL BASED ANESTH<br>PO BOX 80690<br>Canton, OH 44708-0690 | OHIO NEIGHBORHOOD CREDIT<br>FKA NCP FINANCE<br>17 TRIANGLE PK DR<br>Cincinnati, OH 45246-3411 |

| | | |
|---|---|---|
| OLD NAVY<br>PO BOX 530942<br>Atlanta, GA 30353-0942 | OLIPHAN FINANCIAL<br>2601 CATTLEMEN RD<br>Sarasota, FL 34232-6235 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| RADIOLOGY ASSOC OF CANTON<br>PO BOX 72384<br>Cleveland, OH 44192-0002 | RADIOLOGY SERVICES<br>PO BOX 20238<br>Canton, OH 44701-0238 | REGIONAL ACCEPTANCE<br>PO BOX 830913<br>Birmingham, AL 35283-0913 |
| RENT A CENTER<br>2460 W STATE ST<br>Alliance, OH 44601-5601 | Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 | SKY TRAIL CASH<br>NINGODWAASWK LLC<br>PO BOX 1115<br>Lac Du Flambeau, WI 54538-1115 |
| SPECTRUM ORTHO<br>7442 FRANK AVE NW<br>North Canton, OH 44720-7022 | SPEEDY CASH<br>PO BOX 780408<br>Wichita, KS 67278-0408 | SPEEDY CASH/RAPID CASH<br>PO BOX 780408<br>Wichita, KS 67278-0408 |
| UNITED CONSUMER FINANCIAL<br>865 BASSETT RD<br>Westlake, OH 44145-1194 | UNITED STATES ATTORNEYS OFFICE<br>CARL B STOKES<br>801 WEST SUPERIOR AVE SUITE 400<br>Cleveland, OH 44113-1852 | US DEPARTMENT OF EDUCATION<br>DIRECT LOAN SERVICING CENTER<br>PO BOX 5609<br>Greenville, TX 75403-5609 |
| United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712-1083 | VCSO of Ohio, Inc. d/b/a First American Loan<br>135 North Church Street<br>Spartanburg, SC 29306-5138 | (p)CONTINENTAL FINANCE COMPANY LLC<br>PO BOX 8099<br>NEWARK DE 19714-8099 |
| WALMART<br>PO BOX 530927<br>Atlanta, GA 30353-0927 | Candy Sue Blackburn<br>719 Raynolds Pl SW<br>Canton, OH 44707-4365 | Donald M. Miller<br>1400 Market Avenue N<br>Canton, OH 44714-2608 |
| Gary Michael Blackburn<br>226 W Shafer Ave<br>Dover, OH 44622-2334 | Toby L. Rosen<br>Toby L. Rosen, Trustee<br>400 W Tuscarawas Street<br>Citizens Bank Bldg. 4th Floor<br>Canton, OH 44702-2044 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>Kansas City, MO 64999-0030 | PORTFOLIO RECOVERY<br>PO BOX 12914<br>Norfolk, VA 23541 | VERVE<br>PO BOX 8099<br>Newark, DE 19714-8099 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients   82
Bypassed recipients    1
Total                 83